**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| THE CIGNA GROUP,<br><br>       Plaintiff,<br><br>v.<br><br>CELGENE CORPORATION, and BRISTOL MYERS SQUIBB COMPANY,<br><br>       Defendants. | Civil Action No. 1:25-cv-05237<br><br>Judge Edgardo Ramos<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

Plaintiff The Cigna Group ("Cigna") and Defendants Celgene Corporation and Bristol Myers Squibb Company ("Celgene"), by and through undersigned counsel, have conferred and stipulate to the following, subject to the Court's approval:

WHEREAS, the Parties previously stipulated, and the Court previously ordered, that Celgene's obligation and deadline to respond to Cigna's Complaint were suspended pending resolution of the Motion for Leave to File Second Amended Complaint ("Motion") in *Louisiana Health Service & Indemnity Company et al. v. Celgene Corporation et al.*, 1:23-cv-07871-ER (S.D.N.Y.) ("*Louisiana Health*") and other consolidated actions, *see* ECF No. 6;

WHEREAS, the Parties were also to confer following the Court's resolution of the *Louisiana Health* Motion, and to submit a joint proposal for the Court's review, *see id.*;

WHEREAS, the Court entered an Opinion and Order on the *Louisiana Health* Motion on March 30, 2026 denying the Motion, *see Louisiana Health*, ECF No. 187;

WHEREAS, the Parties have conferred following the entry of the Court's Opinion and Order;

WHEREAS, the Parties agree to be bound by the Court's Opinion and Order on the *Louisiana Health* Motion, as well as the Court's March 31, 2025 Opinion and Order granting Celgene's motion to dismiss in the *Louisiana Health*; and

WHEREAS, the Parties request that the Court dismiss Cigna's Complaint with prejudice and enter judgment in favor of Celgene, subject to Cigna's right to join any appeal arising from the consolidated *Louisiana Health* actions.

**NOW, THEREFORE**, this 8th day of April, 2026, undersigned counsel have met and conferred and **HEREBY STIPULATE** and **AGREE** that, subject to the approval of the Court, Cigna's Complaint shall be dismissed with prejudice, and judgment should be entered in favor of Celgene, subject to Cigna's right to join any appeal raising from the consolidated *Louisiana Health* actions.

**IT IS SO STIPULATED**.

Dated: April 8, 2026

/s/ *Gavin J. Rooney*

Gavin J. Rooney
1251 Avenue of the Americas
**LOWENSTEIN SANDLER LLP**
New York, New York 10020
(212) 262-6700
grooney@lowenstein.com

Benjamin M. Greenblum
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, SW
Washington, DC 20024
Ph. (202) 434-5900
bgreenblum@wc.com

*Attorneys for Celgene Corporation*
*and Bristol Myers Squibb Company*

/s/ *Peter St. Phillip*

Peter St. Phillip (Atty ID No. 4182143)
Uriel Rabinovitz
Raymond Girnys
Thomas Griffith (*pro hac vice* forthcoming)
**LOWEY DANNENBERG, P.C.**
44 South Broadway
Suite 1100
White Plains, New York 10601
914-997-0500
PStPhillip@lowey.com
URabinovitz@lowey.com
RGirnys@lowey.com
TGriffith@lowey.com

*Counsel for The Cigna Group*

**APPROVED AND SO ORDERED**

_____ April 15 _____, 2026
New York, New York

_____
Hon. Edgardo Ramos
U.S. District Judge

3